**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **BETSY TORRES,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-941-KC-MAT** |
| | § | |
| **FRANK BISIGNANO, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,** | § | |
| | § | |
| **Defendant.** | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE**

On this day, the Court considered the case. Pursuant to Paragraph 2(c) of the Court's May 1, 2012, Standing Order, this case was referred to United States Magistrate Judge Miguel A. Torres. On September 28, 2026, Plaintiff filed a Stipulation for the Award and Payment of Attorney Fees ("Motion"), ECF No. 18. October 14, 2026, the Magistrate Judge filed a Report and Recommendation ("R&R"), ECF No. 20, which recommended that the Court grant in part and deny in part the Motion. *See* R&R 1.

Parties have fourteen days from service of a Report and Recommendation of a United States Magistrate Judge to file written objections. *See* 28 U.S.C. § 636(b)(1)(C).[1] More than fourteen days have elapsed since all parties were served with the R&R, and no objections have been filed. *See* R&R 5.

When parties do not file written objections, courts apply a "clearly erroneous, abuse of discretion and contrary to law" standard of review to a report and recommendation. *United*

[1] Federal district courts conduct de novo review of those portions of a report and recommendation to which a party has objected. *See* 28 U.S.C. § 636(b)(1)(C) ("A judge . . . shall make a de novo determination of those portions of the report . . . to which objection is made . . . .").

*States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) ("[T]he 'clearly erroneous, abuse of discretion and contrary to law' standard of review . . . is appropriate . . . where there has been no objection to the magistrate's ruling."); *Rodriguez v. Bowen*, 857 F.2d 275, 276–77 (5th Cir. 1988) ("[A] party is not entitled to de novo review of a magistrate's finding and recommendations if objections are not raised in writing by the aggrieved party . . . after being served with a copy of the magistrate's report."). After reviewing the R&R, the Court agrees with the Magistrate Judge's proposed findings of fact and conclusions of law and finds that they are neither clearly erroneous nor contrary to law. *See Wilson*, 864 F.2d at 1221.

Accordingly, the Court **ADOPTS** the R&R, ECF No. 20, in its entirety, and **ORDERS** that the Motion, ECF No. 18, is **GRANTED IN PART** and **DENIED IN PART**. The Motion is **GRANTED** as to the amount requested but **DENIED** as to the request that the award be directly paid to Plaintiff's counsel.

**IT IS FURTHER ORDERED** that Plaintiff be awarded $8,500.00 in attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), made payable to Plaintiff but sent in care of Plaintiff's attorney to the attorney's address on record. The award is subject to any offset to satisfy Plaintiff's preexisting federal debt, if any exists.

The case shall remain closed.

**SO ORDERED.**

**SIGNED this 30th day of October, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE